UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNIVERSITY HOUSE BATON ROUGE, LLC<br><br>v.<br><br>LMK BATON ROUGE CONSTRUCTION, LLC | CIVIL ACTION<br><br>NO. 17-216-JWD-RLB<br><br>JUDGE JOHN W. DeGRAVELLES<br><br>MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, University House Baton Rouge, LLC, hereby voluntarily dismisses all claims and causes of action made against Defendant, LMK Baton Rouge Construction, LLC, in this action, *without prejudice*. Plaintiff specifically reserves all rights to prosecute the claims now being dismissed.

Plaintiff has not previously dismissed any state or federal court action based on or including the same claims made against Defendant in this action. Defendant neither served an answer nor a motion for summary judgment prior to the filing of this Notice. Accordingly, Plaintiff's claims and causes of action made against Defendant in this action may be dismissed without prejudice and without a Court Order. Pursuant to Local Civil Rule 41(a), Plaintiff also notes its intention to file a similar suit in state court subsequent to dismissal of the suit before this Court.

Respectfully submitted,


*/s/ G. Trippe Hawthorne*
G. Trippe Hawthorne (#23773)
William L. Caughman, III (#22298)
Thomas D. Bourgeois, Jr. (#37043)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999
Facsimile:  (225) 388-9133

trippe.hawthorne@keanmiller.com
bill.caughman@keanmiller.com
beau.bourgeois@keanmiller.com
**Attorneys for *University House Baton Rouge, LLC***


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this 19th of May, 2017.

*/s/ G. Trippe Hawthorne*
G. Trippe Hawthorne

2